UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS VELASCO GOMEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRUCE SCOTT, et al.,<br><br>　　　　　Respondents. | CASE NO. C25-0522JLR-BAT<br><br>ORDER |

On April 29, 2025, the court granted Petitioner's motion for a temporary restraining order ("TRO"), temporarily restrained Petitioner's removal for 14 days, and requested the parties' input regarding a briefing schedule and hearing on Petitioner's motion for a preliminary injunction. (TRO Order (Dkt. # 7); Input Order (Dkt. # 8).) The parties timely filed a joint status report in response to the court's order on April 30, 2025. (JSR (Dkt. # 9).) Respondents represent that they do not oppose an extension of the TRO expiration date through June 3, 2025, to allow time for the parties to brief, and for the court to decide, Petitioner's motion for a preliminary injunction. (*Id.* at 2.) The

ORDER - 1

parties also represent that they have agreed on a briefing schedule for Petitioner's motion and that they believe the motion can be decided without a hearing. (*Id.*) Accordingly, the court ORDERS as follows:

1. The TRO currently in effect (Dkt. # 7) is EXTENDED and Petitioner's removal remains STAYED through June 3, 2025.

2. Petitioner shall file his motion for a preliminary injunction by no later than **May 9, 2025**. Respondents shall file their opposition brief by no later than **May 20, 2025**. Petitioner shall file his reply in support of his motion for a preliminary injunction by no later than **May 22, 2025**.

Dated 10:45 a.m., this 1st day of May, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2