UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS VELASCO GOMEZ,<br><br>    Petitioner,<br><br>    v.<br><br>BRUCE SCOTT, et al.,<br><br>    Respondents. | CASE NO. C25-0522JLR-BAT<br><br>ORDER |

On April 29, 2025, the court granted Petitioner's motion for a temporary restraining order ("TRO"), temporarily restrained Petitioner's removal for 14 days, and requested the parties' input regarding a briefing schedule and hearing on Petitioner's motion for a preliminary injunction. (TRO Order (Dkt. # 7); Input Order (Dkt. # 8).) On May 1, 2025, the court extended the TRO, stayed Petitioner's removal through June 3, 2025, and set a briefing schedule on the motion for a preliminary injunction. (5/1/25 Order (Dkt. # 10).) Petitioner's motion for a preliminary injunction was fully briefed as of May 22, 2025. (*See* PI Mot (Dkt. # 11); PI Resp. (Dkt. # 14); PI Reply (Dkt. # 15).)

ORDER - 1

1  On May 23, 2025, the parties completed briefing on Defendants' already-pending motion to dismiss Petitioner's petition for writ of habeas corpus. (MTD (Dkt. # 4); MTD Resp. (Dkt. # 12); MTD Reply (Dkt. # 16).)

The court finds that it is in the interest of judicial efficiency to consider Defendants' motion to dismiss together with Petitioner's motion for a preliminary injunction. Accordingly, finding good cause, the court EXTENDS the TRO currently in effect (Dkt. # 7) for an additional 14 days. *See* Fed. R. Civ. P. 65(b)(2). Petitioner's removal remains STAYED through June 17, 2025.

Dated 3:50 p.m. PDT, this 27th day of May, 2025.

JAMES L. ROBART
United States District Judge