UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS VELASCO GOMEZ,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>BRUCE SCOTT, et al.,<br><br>　　　　　　　Respondents. | CASE NO. C25-0522JLR-BAT<br><br>ORDER |
| CARLOS VELASCO GOMEZ,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C25-0783JLR<br><br>ORDER |

Before the court is Petitioner Carlos Velasco Gomez's motion to consolidate this case with *Velasco Gomez v. Noem*, No. C25-0783JLR (W.D. Wash.), which involves an Administrative Procedure Act claim arising out of the same set of facts as Mr. Velasco

ORDER - 1

Gomez's petition for habeas corpus. (Mot. (Dkt. # 13).) Mr. Velasco Gomez represents that counsel for Respondents "do not take any position on this motion to consolidate[,]" and Respondents have not filed a response to the motion. (*Id.* at 2; *see generally* Dkt.)

The court has reviewed the petition in this case and the complaint in *Velasco Gomez v. Noem* and agrees that consolidation is appropriate. Accordingly, the court GRANTS Mr. Velasco Gomez's motion (Dkt. # 13) and ORDERS that these matters shall be consolidated. Case number C25-0522JLR-BAT shall remain open and be considered the lead case. Case number C25-0783JLR shall be closed and the documents already filed in that matter shall be considered part of the lead case's record. All future documents filed in connection with these matters shall be filedin case number C25-0522JLR-BAT and shall bear the case number C25-0522JLR-BAT.

Dated this 6th day of June, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2