UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS VELASCO GOMEZ,<br><br>          Petitioner,<br><br>   v.<br><br>BRUCE SCOTT, et al.,<br><br>          Respondents. | CASE NO. C25-0522JLR-BAT<br><br>ORDER |

On April 29, 2025, the court granted Petitioner's motion for a temporary restraining order ("TRO"), temporarily restrained Petitioner's removal for 14 days, and requested the parties' input regarding a briefing schedule and hearing on Petitioner's motion for a preliminary injunction. (TRO Order (Dkt. # 7); Input Order (Dkt. # 8).) On May 1, 2025, the court extended the TRO, stayed Petitioner's removal through June 3, 2025, and set a briefing schedule on the motion for a preliminary injunction. (5/1/25 Order (Dkt. # 10).) On May 27, 2025, the court extended the TRO for an additional 14 days while it considered Defendants' motion to dismiss (MTD (Dkt. # 4)) and

ORDER - 1

1 | Petitioner's motion for a preliminary injunction (MPI (Dkt. # 11)). (5/27/25 Order (Dkt.
2 | # 17)).)
3 |     The court requires additional time to complete its order on the parties' pending
4 | motions. Accordingly, finding good cause, the court EXTENDS the TRO currently in
5 | effect (Dkt. # 7) through Friday, June 20, 2025. *See* Fed. R. Civ. P. 65(b)(2).
6 |     Dated 12:50 PDT, this 17th day of June, 2025.

JAMES L. ROBART
United States District Judge