1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

District Judge James L. Robart
Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLOS VELASCO GOMEZ,

                              Petitioner,

        v.

BRUCE SCOTT, *et al.*,

                              Respondents.

Case No. 2:25-cv-00522-JLR-BAT

STIPULATED MOTION TO DISMISS
AND [PROPOSED] ORDER

Noted for Consideration:
August 7, 2025

        Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs.  Petitioner Carlos Velasco Gomez no longer wishes to continue this litigation and was removed from the United States to Mexico on July 5, 2025.

//

//

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-00522-JLR-BAT] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1        DATED this 7th day of August, 2025.

2  Respectfully submitted,

3  TEAL LUTHY MILLER                        GIBBS HOUSTON PAUW
   Acting United States Attorney

4
   *s/ Michelle R. Lambert*                 *s/ Minda A Thorward*
5  MICHELLE R. LAMBERT, NYS #4666657        MINDA A. THORWARD, WSBA #47594
   Assistant United States Attorney         Gibbs Houston Pauw
6  United States Attorney's Office          1000 Second Ave Ste 1600
   Western District of Washington           Seattle, WA 98104
7  1201 Pacific Avenue, Suite 700           Phone: 206-682-1080
   Tacoma, Washington 98402                 Email: minda.thorward@ghp-law.net
8  Phone:  253-428-3824
   Fax:    253-428-3826                     *Attorneys for Plaintiff*
9  Email:  michelle.lambert@usdoj.gov

10 *Attorneys for Federal Respondents*

11 *I certify that this memorandum contains 51*
   *words, in compliance with the Local Civil*
12 *Rules.*

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS                          UNITED STATES ATTORNEY
[Case No. 2:25-cv-00522-JLR-BAT] - 2                  1201 PACIFIC AVE., STE. 700
                                                      TACOMA, WA 98402
                                                      (253) 428-3800

1

## [~~PROPOSED~~] ORDER

2       The case is dismissed without prejudice and with each party to bear their own costs and

3 fees.  It is so **ORDERED.**

4

5       DATED this 8th day of August, 2025.

6

7               _____

            JAMES L. ROBART

8            United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-00522-JLR-BAT] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800